FILED
2011 Mar-10 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LACHELSEA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 7:09-cv-PWG-1787 |
| | ) |
| PARK MANOR HEALTH AND | ) |
| REHABILITATION, LLC d/b/a PARK | ) |
| MANOR NURSING HOME, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM OF OPINION.

On January 26, 2011, the Magistrate Judge's Findings and Recommendation was filed. No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, defendant's motion to dismiss is due to be GRANTED and this action DISMISSED. A final judgment will be entered.

Done this 10th day of March 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671