FILED
2011 Mar-10 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LACHELSEA HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 7:09-cv-PWG-1787 |
| | ) |
| PARK MANOR HEALTH AND | ) |
| REHABILITATION, LLC d/b/a PARK | ) |
| MANOR NURSING HOME, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, *Federal Rules of Civil Procedure*, it is hereby ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss is GRANTED and this action is DISMISSED.

Done this 10th day of March 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
**153671**